IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RACHEL HIGGINS, guardian and next friend of
MARIAH FORD, a minor,

        Plaintiff,

        vs.                                              No. CIV 15-0170 KBM/SCY

CITY OF GRANTS, a New Mexico municipality,

        Defendant.

**ORDER APPROVING MINOR'S SETTLEMENT**

This matter came before the Court on October 21, 2015 for a Fairness Hearing on the propriety of the settlement negotiated on behalf of the minor child, Mariah Ford. Plaintiff and Guardian ad Litem, Rachel Higgins, appeared personally and with her counsel, Ryan Villa. Defendants appeared through their counsel, Lynn Isaacson. Also present and addressing the Court were the minor child, Mariah Ford, her mother, Babette Ford, and her father, Jeremy Ford. The Court considered the written report of the Guardian ad Litem, together with her oral presentation. Having considered the report and the presentation, and the comments and affirmations of the Fords, and having reviewed the file and being otherwise advised in the premises, the Court FINDS as follows:

    1.    The settlement of the minor's claims was fairly and honestly negotiated.

    2.    There are serious questions of fact and law that affect both the value of Plaintiff's case and Defendants' exposure.

3. The value of an immediate recovery for the minor child outweighs the value of any future relief she might be afforded through continued litigation.

4. The negotiated settlement is fair and reasonable and the settlement should be approved.

IT IS, THEREFORE, ORDERED that the proposed settlement set forth in the Guardian ad Litem's report and presented to the Court at the Fairness Hearing is approved.

_____
Hon. Karen B. Molzen
Chief United States Magistrate Judge

Submitted by:


By *Approved electronically on 11/04/15*
  Rachel E. Higgins
  509 Roma NW
  Albuquerque, NM 87102
  (505)247-9339
  *Plaintiff and Guardian ad Litem*


THE LAW OFFICE OF RYAN J. VILLA


By *Approved electronically on 11/10/15*
  Ryan J. Villa
  2501 Rio Grande Blvd NW, Suite A
  Albuquerque, NM 87104
  (505)639-5709
  ryan@rjvlawfirm.com
  *Attorney for Plaintiff*

MASON & ISAACSON, P.A.


By /s/ Thomas Lynn Isaacson
   Thomas Lynn Isaacson
   104 E. Aztec Ave
   Gallup, NM 87301
   (505)722-4463
   tli@milawfirm.net
  *Attorney for Defendants*